IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

David Picou,

    Plaintiff,

vs.       No. 08-437-MJR

Illinois Central Railroad Company,      TRIAL BY JURY DEMANDED
d/b/a Canadien National/Illinois Central
Railroad (CNIC); a corporation,

    Defendant .

## COMPLAINT AT LAW

NOW COMES the Plaintiff, David Picou, by and through his attorneys, F. DANIEL PETRO, and PETRO & PETRO P.C., and for its Complaint against the Defendant, Illinois Central Railroad Company, a corporation, states as follows:

1. Jurisdiction of this court is invoked under the provisions of Title 45 U. S. code §56 and Title 28 U.S. code §1331.

2. The defendant Illinois Central Railroad Company is a corporation engaged in operating a railroad as a common carrier engaged in interstate commerce between the various states of the United States and is subject to service of process and to the jurisdiction of this Court.

3. At the time and place herein plaintiff was employed by the defendant, Illinois Central Railroad Company, as a signal inspector, and his duties as such were in furtherance of interstate commerce for defendant. At said time, both plaintiff and defendant were subject to the Act of Congress known as the Federal Employer's Liability Act, 45 U.S. Code Sec. 51-60, and the amendments thereto.

4. That on or about July 6, 2005 plaintiff first learned that he was injured while working for defendant.

5. Plaintiff was assigned to maintain and repair defendant's signal equipment. In order to perform his duties, plaintiff was required to use various hand tools, motorized tools and repetitive procedures. Said duties, unknown to plaintiff, but known or reasonably should have been known to defendant, caused or contributed to cause plaintiff to sustain carpal tunnel injuries.

6. Plaintiff was acting at all times alleged herein within the scope of his employment and in furtherance of defendant's business, and it was its duty to exercise ordinary care to furnish plaintiff with a reasonably safe place in which to work; to provide reasonably safe tools and equipment; to use reasonably safe methods in it's repair operations; to furnish plaintiff a reasonably safe method to perform his work; to warn plaintiff; to furnish plaintiff with sufficient and adequate assistance to perform his work.

7. Defendant at the time and place alleged, notwithstanding its duties to plaintiff, was careless and negligent in one or more of the following particulars and thereby caused injury to plaintiff:

    a) In failing to exercise ordinary care to furnish plaintiff with a reasonably safe place in which to work.

    b) In failing to exercise ordinary care to use reasonably safe methods in its operations.

    c) In failing to exercise ordinary care by failing to warn plaintiff that repetitive work would result in injury..

    d) In failing to inspect roadbed when an ordinary inspection would have revealed hard ground that would expose employees, including plaintiff, to injury while using digging bar.

    e) In failing to provide reasonable supervision and coordination of the track work being performed.

    f) In failing to provide reasonably safe and suitable tools to perform the work to be accomplished.

    g) In failing to provide reasonable assistance to perform the work to be accomplished.

8.	The plaintiff sustained serious injuries resulting in whole or in part from the careless and negligent acts and omissions of defendant. By reason of the aforesaid injuries, plaintiff has suffered and will continue to suffer disability and physical pain; he has incurred and will continue to incur medical expense; he has been generally disabled from gainful employment and will continue to be disabled from any employment in the future; he has been disfigured; and he has lost and will continue to lose wages.

WHEREFORE, plaintiff, David Picou, asks for judgment against defendant, Illinois Central Railroad Company, in the amount of Two Hundred Thousand Dollars ($ 200,000.00) plus costs and therefore brings this suit.

			s/s    F. Daniel Petro


Petro & Petro P.C.
100 N. LaSalle Street # 1605
Chicago, Illinois 60602
(312) 332-9596
Attorneys for Plaintiff
BarID # 6192108