**Judgment in a Civil Case**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID PICOU, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO.  08-437-PMF |
| ) | |
| ILLINOIS CENTRAL RAILROAD ) | |
| COMPANY, d/b/a CANADIAN ) | |
| NATIONAL/ILLINOIS CENTRAL ) | |
| RAILROAD (CNIC), a corporation, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by all counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

DATED:   December 30, 2009.                         N‌ANCY J. R‌OSENSTENGEL, C‌LERK

                                                                               By: s/Karen R. Metheney
                                                                                       Deputy Clerk

**APPROVED:**

*s/ Philip M. Frazier*
**H‌ON. P‌HILIP M. F‌RAZIER**
**U‌NITED S‌TATES M‌AGISTRATE J‌UDGE**